IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


EDDIE A. POINDEXTER                                              PETITIONER


v.                        NO. 3:20-cv-00009 DPM-PSH


DEXTER PAYNE                                                    RESPONDENT


## ORDER

Petitioner Eddie A. Poindexter ("Poindexter") began this case by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254. In the petition, he challenged his 2006 guilty plea in Washington County Circuit Court. He also challenged the Washington County Circuit Clerk's alleged refusal to file two notices of appeal. Respondent Dexter Payne ("Payne") has now filed a response to the petition. In the response, Payne maintained that the petition should be dismissed because it is barred by limitations; raises, in part, a state law claim; and contains claims that are procedurally barred from federal court review. Before giving serious consideration to Payne's assertions, the Court accords Poindexter an

opportunity to file a reply. In the reply, Poindexter should explain why his petition should not be dismissed for the reasons advanced by Payne. Poindexter is given up to, and including, March 12, 2020, to file a reply.

IT IS SO ORDERED this 11th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE