IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EDDIE A. POINDEXTER                                                               PETITIONER

v.            NO. 3:20-cv-00009 DPM-PSH

DEXTER PAYNE                                                                   RESPONDENT

## ORDER

Petitioner Eddie A. Poindexter ("Poindexter") has filed a pleading that has been construed as a motion for an order. See Docket Entry 31. In the motion, he seeks assistance in filing pleadings with the Clerk of the Jackson County Circuit Court and the Clerk of the Washington County Circuit Court. The motion is denied. In the first instance, it is for the state courts of Arkansas to resolve any filing difficulties he is experiencing.

IT IS SO ORDERED this 9th day of April, 2020.

_____
UNITED STATES MAGISTRATE JUDGE