IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EDDIE A. POINDEXTER                                              PETITIONER

v.                     NO. 3:20-cv-00009 DPM/PSH

DEXTER PAYNE                                                   RESPONDENT

## ORDER

Petitioner Eddie A. Poindexter has filed the pending motion for sanctions. <u>See</u> Docket Entry 34. In the motion, he asks that sanctions be imposed on the Jackson County Circuit Court Clerk and the Washington County Circuit Court Clerk because of their refusal to file his legal pleadings. The motion for sanctions is denied. It is for the state courts of Arkansas in the first instance to address such a matter.

IT IS SO ORDERED this 14th day of April, 2020.

_____
UNITED STATES MAGISTRATE JUDGE