# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

EDDIE A. POINDEXTER
ADC #121353                                                              PETITIONER

v.                          No. 3:20-cv-9-DPM

DESTER PAYNE, Director,
Arkansas Division of Correction                                          RESPONDENT

## JUDGMENT

Poindexter's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 May 2020