IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EDDIE A. POINDEXTER
ADC #121353                                                                    PETITIONER

v.                              No. 3:20-cv-9-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                RESPONDENT

## ORDER

Post-judgment motion, *Doc. 59*, denied for want of jurisdiction. The Court does not have the authority to reconsider the merits at this point because Poindexter has taken an appeal.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 June 2020